UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 2:13 CR 40 RL-APR |
| | ) | |
| v. | ) | 18 U.S.C. § 2252(a)(4) |
| | ) | |
| JOSHUA ALEXANDER ATWOOD | ) | |

## AMENDED INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
[Possession of Child Pornography Featuring Minor Under Age 12]

On or about February 8, 2013, in the Northern District of Indiana and elsewhere, the defendant,

**JOSHUA ALEXANDER ATWOOD,**

did knowingly possess one or more matters which contain any visual depiction that has been mailed and has been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce where the production of such visual depiction involved the use of an actual minor under the age of eighteen (18) engaging in sexually explicit conduct and such visual depiction is of such conduct and where any visual depiction involved in the offense depicts a prepubescent minor under the age of twelve (12).

All in violation of Title 18, United States Code, Section 2252(a)(4).

## SEXUAL EXPLOITATION FORFEITURE ALLEGATIONS

1. The allegations of Count 1 of this Amended Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon conviction of the offense alleged in Count 1 of the Amended Information, the defendant shall forfeit to the United States of America all property, real and personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to:

   a   any computer or computer equipment used in the offense; and

   b.  any electronic storage media used in the offense.

In furtherance of Title 18, United States Code, Section 2253.

DAVID A. CAPP
UNITED STATES ATTORNEY

By:   /s/ Jill Rochell Koster
      Jill Rochelle Koster
      Assistant United States Attorney
      Northern District of Indiana