**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

**UNITED STATES OF AMERICA**

    **Plaintiff,**

**v.**　　　　　　　　　　　　**CASE NUMBER:　2:13 CR 40**

**JOSHUA ALEXANDER ATWOOD**

    **Defendant.**

**MEMORANDUM IN AID OF SENTENCING**

Comes now Defendant, Joshua Alexander Atwood, by counsel, Kerry C. Connor and submits the following *Memorandum in Aid of Sentencing*.

At the time of sentencing in this matter, in light of the agreement of the parties, the defendant will request a sentence of 97 months incarceration. In support of this request, counsel states:

    1.    There is no dispute that the advisory sentencing guidelines result in a sentencing range of 97-121 months incarceration.

    2.    The parties entered a pre-indictment resolution in this case which permitted the defendant to enter a guilty plea to possession rather than receipt of child pornography. Under the guideline calculation, the base offense level for possession is four (4) levels lower than that for receipt.

3. In addition, there are a number of mitigating factors relevant to this case:

- The defendant has previously been diagnosed with a "communication" disability, based in part in a hearing impairment, but also influenced by a clear deficit in social skills.
- The defendant has minimal criminal history. Most importantly, there is no evidence that the defendant has ever participated in any hands-on abuse of a child.
- The defendant seeks therapy for his problems and is motivated to participate in therapy.
- The defendant is likely to be a vulnerable person in the Bureau of Prisons.
- The defendant has a supportive and loving mother to return to after incarceration.

## CONCLUSION

In light of the seriousness of the defendant's behavior, the benefit of the parties' plea agreement, and the other mitigating factors noted here and in the Pre-Sentence Report, the defendant agrees with the government that a sentence of 97 months incarceration is a reasonable sentence in this case.

Respectfully submitted,

By:    s/ Kerry C. Connor
Kerry C. Connor
9013 Indianapolis Blvd., Suite C
Highland, Indiana 46322
phone: (219) 972-7111
Fax: (219) 972-7110
kcconnor@sbcglobal.net

## **CERTIFICATE OF SERVICE**

I hereby certify that, on   July 12, 2013   , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Jill Koster
>Jill.Koster@usdoj.gov

and I hereby certify that I have mailed the document by U.S. Postal Service to the following non CM/ECF participants:

>   s/ Kerry C. Connor